45D11-2308-CT-000958
Lake Superior Court, Civil Division 7

Filed: 8/22/2023 11:07 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | IN THE LAKE SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| **COUNTY OF LAKE** | ) | SITTING AT _____, INDIANA |

| | |
|---|---|
| FRANK LEDESMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. |
| | ) |
| GARY RAILWAY COMPANY, a | ) |
| Corporation; UNITED STATES | ) |
| STEEL CORPORATION, a corporation; | ) |
| and TERRY CARTER, safety manager | ) |
| at United States Steel Corporation, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, FRANK LEDESMA (hereinafter "Frank"), by counsel, **ALLEN LAW GROUP, LLC**, for his Complaint against GARY RAILWAY COMPANY (hereinafter "Gary Railway"), and UNITED STATES STEEL CORPORATION (hereinafter "US Steel") alleges and states as follows:

1. Defendant, GARY RAILWAY COMPANY, is a corporation operating a railroad as a common carrier in several states, including the State of Indiana, and working in and around Lake County, Indiana with its principal place of business in Gary, Indiana.

2. At all times alleged herein, Frank was employed by Defendant, GARY RAILWAY, as a track laborer, and his duties as such were in furtherance of interstate commerce.

3. Defendant, US STEEL, is a foreign corporation engaged in operating a steel mill and a railroad as a common carrier engaged in interstate commerce between the various states of the United States, including in the City of Gary, Lake County, State of Indiana.

4. On and before September 26, 2022, Defendant, Terry Carter, was the safety department manager for US Steel and in charge of safety oversite and enforcement.

5. That on or about September 26, 2022, Plaintiff, FRANK LEDESMA, was injured while working for Defendant, GARY RAILWAY, at US STEEL.

6. At all times alleged herein, both Frank and Defendants GARY RAILWAY and US STEEL were subject to the Act of Congress known as the Federal Employers' Liability Act, 45 U.S.C. SS 51 *et seq*.

7. That on or about September 26, 2022, Frank was injured while working for Defendant, GARY RAILWAY, at US STEEL within or near its "tin mill" in Gary, Indiana.

8. At said time and place, and in furtherance of his duties, Frank was ripping out the old railroad track within or near the "tin mill." The Defendants, against other requests from workers, including Plaintiff, required Plaintiff and his coworkers to pull railroad crossings out with a backhoe, causing the track to give, hitting Plaintiff from a distance of over 22 feet away.

2

9. Plaintiff was acting at all times alleged herein within the scope of his employment and in furtherance of each Defendant's respective business, and it was each Defendants' duty to Frank to exercise ordinary care to furnish him with a reasonably safe place in which to work; to enforce safety; to adequately inspect the ground areas where Plaintiff was required to work; to heed employee complaints and requests for equipment or safety concerns, to provide proper and necessary equipment; and to warn Plaintiff so as to avert injury to him at said time and place.

10. Each of the Defendants at the time and place alleged, notwithstanding their duties, were negligent in one or more of the following particulars and thereby caused injury to Plaintiff:

   a. In failing to exercise ordinary care to furnish Plaintiff with a reasonably safe place in which to work;

   b. In failing to exercise ordinary care to furnish Plaintiff with proper tools and equipment to perform job tasks;

   c. In failing to provide a safe work area and work conditions on their premises;

   d. Failed to inspect and enforce safety;

   e. In requiring Plaintiff to work with equipment that was not safe for the task;

   f. In failing to properly supervise said work assignments;

3

  g. In failing to warn Plaintiff so as to avert injury to him at said time and place;

  h. In failing to heed employee complaints and requests regarding the hazardous condition of the work area and requests for proper equipment;

  i. In delegating its non-delegable duty to Plaintiff to furnish him with a reasonably safe place in which to work; and, or

  j. In failing to exercise ordinary care to have its premises in reasonably safe condition consistent with the work the plaintiff was performing there.

11. Plaintiff suffered personal injuries, disability, pain and suffering, medical expenses, wage losses, and other damages supported by the evidence and permitted by law caused in whole or in part by the careless and negligent acts and omissions of Defendants, GARY RAILWAY and US STEEL.

**WHEREFORE**, Plaintiff FRANK LEDESMA asks for judgment against the Defendants, GARY RAILWAY COMPANY, UNITED STATES STEEL CORPORATION and TERRY CARTER, for compensatory damages in an amount to be determined herein, for the costs of this action, prejudgment interest, and for any and all other relief that the Court may deem proper under the circumstances.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiff

*/s/ Otto J. Shragal*

Kenneth J. Allen (#3857-45)
Otto J. Shragal (#25792-64)

## JURY DEMAND

Plaintiff demands trial by jury on his Complaint.

Respectfully submitted,

**ALLEN LAW GROUP, LLC**
Attorneys for Plaintiff

*/s/ Otto J. Shragal*

Kenneth J. Allen (#3857-45)
Otto J. Shragal (#25792-64)




Reply to Office Indicated

☑ **ALLEN LAW BUILDING:**
501 Allen Court, Suite 3000
Chesterton, IN 46304
219.465.6292

☐ **CHICAGO OFFICE:**
77 W. Wacker Drive
Chicago, IL 60601
312.236.6292

☐ **MERRILLVILLE OFFICE:**
3700 E. Lincoln Highway (U.S. 30)
Merrillville, IN 46410
219.736.6292

☐ **ORLAND PARK OFFICE:**
15255 S. 94th Avenue
Orland Park, IL 60462
708.460.6292

☐ **INDIANAPOLIS OFFICE:**
201 N. Illinois Street (South Tower)
Indianapolis, IN 46204
317.842.6926

☐ **WILL COUNTY OFFICE:**
10062 W. 190th Place
Mokena, IL 60448
815.725.6292